RECEIVED
UNION PARISH CLERK OF COURT

MAR 2 7 2018

Third Judicial District Court
Deputy Clerk *Deborah K. Andrew*
@ 12.33 P.M.

**3RD JUDICIAL DISTRICT COURT**
**PARISH OF UNION**
**STATE OF LOUISIANA**

No. *C.D. 48,208*

DIVISION "_____"

**STANLEY JACKSON**

Versus

**FAMILY DOLLAR STORES OF LOUISIANA, INC and**
**SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.**

FILED: *March 29, 2018*                    *Deborah K. Andrew*
                                                      **DEPUTY CLERK**

*************************************************************************************
**MOTION TO PROCEED IN FORMA PAUPERIS**

    **MOVER, STANLEY JACKSON**, is a citizen of the State of Louisiana and desire to avail himself of the benefits provided by law, especially the Louisiana Code of Civil Procedure, Articles 5181-5188, as amended, and begs leave of this Honorable Court to proceed **"in forma pauperis."**

    **MOVER** further alleges that he is without means to pay costs in this action, either in advance or as they accrue, or to furnish security therefore (see attached fact sheet).

    **WHEREFORE, MOVER PRAYS** that the Court allow him/her to proceed **"in forma pauperis"** as provided by the laws of the State of Louisiana.

SMITH & NWOKORIE
ATTORNEYS AT LAW
107 EAST BAYOU STREET
P. O. BOX 832
FARMERVILLE, LA 71241
(318) 368-9543 Telephone
(318) 368-9545 Fax

**ATTORNEY FOR MOVER # 25875**

STATE OF LOUISIANA
PARISH OF UNION

    **BEFORE ME,** personally came and appeared: **STANLEY JACKSON**, who, being duly sworn, did depose and say: That he/she is unable, because of his/her poverty and want of means to pay costs in advance or as they accrue or to furnish security therefore.

**MOVER**

SWORN TO AND SUBSCRIBED, before me, on this *26th* day of
*March*, 20*18*, at *Farmerville*, *LA*
                                                      CITY                    STATE

*Jackuline Hill* #8648
NOTARY PUBLIC
*Jackuline Hill*

3RD JUDICIAL DISTRICT COURT
PARISH OF UNION
STATE OF LOUISIANA

No. _C.D. 48,208_                    DIVISION "_____"

STANLEY JACKSON

Versus

FAMILY DOLLAR STORES OF LOUISIANA, INC and
SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.

FILED: _____        _____
                                                    DEPUTY CLERK
*********************************************************************
FACTS CONCERNING MOVER
*********************************************************************

1)    FULL NAME: _Stanley Jackson_

2)    ADDRESS: _909 Hickory St_
      _Farmerville La 71241_

3)    TELEPHONE: _318-608-9351_
             (HOME)                          (EMPLOYMENT)

4)    BIRTH DATE: _12-05-1968_ SOCIAL SECURITY NO.: _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_

5)    PLACE OF BIRTH:
      _E.A. Conway Monroe La_
                  (CITY)                          (STATE)

6)    MARITAL STATUS:

      ✓ SINGLE      ___MARRIED      ___SEPARATED

      ___DIVORCED      ___WIDOWED

7)    NAME OF EMPLOYER: _____

      ADDRESS: _____

      _____ N|A _____
             (CITY)                          (STATE)

      TELEPHONE: _____

      LENGTH OF EMPLOYMENT _____

      WAGES: WEEKLY $_____; BI-WEEKLY $_____;

      MONTHLY $_____

8)    IF MARRIED AND LIVING WITH SPOUSE:

SPOUSE'S NAME:

_____

NAME AND ADDRESS OF EMPLOYER:

_____

_____

(ADDRESS)                    (CITY AND STATE)

EARNINGS OF SPOUSE:

WEEKLY $_____; BI-WEEKLY $_____;

MONTHLY $_____

9)    ARE YOU BUYING YOUR HOME?   _____YES   ___NO

ADDRESS:

_____

_____

(CITY)                       (STATE)

VALUE OF HOME: $_____ BALANCE OWED: $_____

10)   DO YOU OWN OR HAVE AN INTEREST IN ANY OTHER LAND?

_____YES   ___NO

IF ANSWER IS YES, STATE THE NATURE OF PROPERTY AND ITS VALUE:

_____

_____

11)   DO YOU OWN OR HAVE AN INTEREST IN ANY OF THE FOLLOWING:

A.    AUTOMOBILE        __YES   __NO  VALUE $2,500

B.    MOBILE HOME       __YES   __NO  VALUE_____

C.    BOAT              __YES   __NO  VALUE_____

D.    LIVESTOCK         __YES   __NO  VALUE_____

E.    MACHINERY         __YES   __NO  VALUE_____

F.    STOCKS            __YES   __NO  VALUE_____

G.    BONDS             __YES   __NO  VALUE_____

H.    CERTIFICATES OF DEPOSIT  __YES   __NO
                               VALUE_____

I.    BANK ACCOUNTS     __YES   __NO
                               VALUE_____

J.    SAVINGS ACCOUNTS  __YES   __NO
                               VALUE_____

12) IS ANYONE DEPENDENT UPON YOU FOR SUPPORT? X YES ___NO

IF YOUR ANSWER IS YES, STATE THEIR NAMES, AGES, AND RELATIONSHIP:

| Da Standarion Jackson | 10 | Son |
|---|---|---|
| (NAME) | (AGE) | (RELATIONSHIP) |
| Stanisha Simpkins | 15 | Daughter |
| (NAME) | (AGE) | (RELATIONSHIP) |
| | | |
| (NAME) | (AGE) | (RELATIONSHIP) |
| | | |
| (NAME) | (AGE) | (RELATIONSHIP) |
| | | |
| (NAME) | (AGE) | (RELATIONSHIP) |
| | | |
| (NAME) | (AGE) | (RELATIONSHIP) |

13) LIST ANY DEBTS YOU MAY HAVE:

| CREDITORS | AMOUNT OWED |
|---|---|
| Student Loan (SSI) | $6000.00 |
| | |
| | |
| | |
| | |
| | |
| | |

14) LIST YOUR MONTHLY LIVING EXPENSES:

| EXPENSES | AMOUNT PAID | |
|---|---|---|
| ~~Gas~~ | | |
| 7-vitelWater | 130.00 | |
| Center point | 50.00 | SSI |
| Claiborne Elec. | 130.00 | |
| New Wave | 130.00 | |

Vehicle Gasoline and Maint.        $275.00

15) **Do you have any income or asset(s), which is not shown above?**

    _X_YES      ___NO

    **(IF YOUR ANSWER IS YES, EXPLAIN :)**

    $750.00        SSI

16) **Has your attorney explained to you or are you aware that it is a crime for which you could be sent to the penitentiary if you have intentionally given a false answer to any of the above? (R.S. 14:123)**

    _X_YES      ___NO

                                    X Stanley Jackson
                                           **MOVER**

STATE OF LOUISIANA
PARISH OF UNION

    **BEFORE ME**, the undersigned authority, personally came and appeared STABLEY JACKSONwho, after being duly sworn deposed and said that he is the person who furnished the information contained in the above form; that he has signed same; that the information contained therein is true and correct; that this information is being furnished to 3RD JUDICIAL DISTRICT COURT, UNION PARISH for the purpose of inducing a judge thereof to permit appearer to proceed in the above captioned lawsuit pursuant to Louisiana Civil Code of Procedure 5181, et seq.

_____
MOVER

    **SWORN TO AND SUBSCRIBED**, before me, Notary Public, at _____, _____, on this the ____ day, of _____, 20 18 .

_____  #8648
NOTARY PUBLIC
Jackuline Hill

STATE OF LOUISIANA
PARISH OF UNION

    **BEFORE ME**, the undersigned authority, personally came and appeared _Jonell Simpkins_____, who, after being duly sworn, deposed and said:

    That (HE/SHE) knows PLAINTIFF, who is the mover in the above-captioned matter and knows (HIS/HER) financial condition, and (HE/SHE) firmly believes that (SHE) is unable to pay costs in this cause in advance or as they accrue or to furnish security therefore.

_____
(WITNESS)

    **SWORN TO AND SUBSCRIBED**, before me, Notary Public, at _____, _____, on this, the ____ day of _____, 20 18 .

_____  #8648
NOTARY PUBLIC
Jackuline Hill

3RD JUDICIAL DISTRICT COURT
PARISH OF UNION
STATE OF LOUISIANA

No. C. D. 48,208

DIVISION "____"

STANLEY JACKSON

Versus

FAMILY DOLLAR STORES OF LOUISIANA, INC and
SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.

FILED: March 29, 2018 _____

_Deborah K. Andrews_
DEPUTY CLERK

*********************************************************************
ORDER
*********************************************************************

THE FOREGOING MOTION, supporting affidavit and sworn facts considered, let, STANLEY JACKSON, be permitted to file all pleadings, appear in, and prosecute or defend in this action without prior payment of costs or as they accrue, and without giving bond for costs, as provided by laws of the State of Louisiana Code of Civil Procedure Articles 5181, et seq., as amended.

Farmerville, Louisiana, on this 28 day of March , 20 18 .

_____
JUDGE

E. Joseph Bleich
District Judge
Pro Tempore

3RD JUDICIAL DISTRICT COURT
PARISH OF UNION
STATE OF LOUISIANA

No. C.D. 48,208                    DIVISION "_____"

STANLEY JACKSON

Versus

FAMILY DOLLAR STORES OF LOUISIANA, INC and
SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.

FILED: March 29, 2018          _Deborah K. Andrews_
                                    DEPUTY CLERK

## AFFIDAVIT OF MOVER

**STATE OF LOUISIANA**

**PARISH OF UNION**

    **BEFORE ME,** the undersigned Notary Public, personally came and appeared STANLEY JACKSON, who, after being duly sworn, did depose and state that he is the Mover in the above and foregoing MOTION TO PROCEED INFORMA PAUPERIS and that all of the allegations of fact contained therein are true and correct to the best of his information, knowledge and belief.

X _Stanley Jackson_
              MOVER

**SWORN TO AND SUBSCRIBED,** before me, Notary Public, on this, the 26th day of March, 20 18.

_Jackuline Hill_ #8648
           NOTARY PUBLIC

Jackuline Hill

**3RD JUDICIAL DISTRICT COURT\*PARISH OF UNION\*STATE OF LOUISIANA**

STANLEY JACKSON

FILED: *March 29, 2018*

vs. C.D. No.: *48,208*

FAMILY DOLLAR STORES OF LOUISIANA, INC.
and SEDGWICK INSURANCE COMPANY

*Deborah K. Andrews*
DEPUTY CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>PETITION FOR DAMAGES</u>

NOW COMES Plaintiff, **STANLEY JACKSON**, a person of the age of majority who resides at 909 Hickory Street, Farmerville, Louisiana 71241, avers as follows:

**MADE DEFENDANTS HEREIN ARE:**

**FAMILY DOLLAR STORES OF LOUISIANA, INC.**, a corporation doing business in the state of Louisiana as Family Dollar Store, store #5281 located in Farmerville, Louisiana.

**SEDGWICK INSURANCE COMPANY**, a corporation doing business in the state of Louisiana.

(1)

Venue is proper and this Court has jurisdiction over the parties.

(2)

On April 17, 2017, the Plaintiff **STANLEY JACKSON** was a customer of the Defendant at the Family Dollar Store #5281, located in Farmerville, Louisiana.

(3)

On the aforesaid date of April 17, 2017, the Plaintiff was shopping in the grocery area when he slipped and fell due to water on the floor, which was caused by a leak coming from an air conditioner in the ceiling of Defendant's store.

(4)

Defendant had knowledge of the wet floor, but was negligent in taking the appropriate action to correct the situation.

(5)

Defendant was further negligent by failing to post a sign or cone in the area of the wet floor.

Stanley Jackson vs Family Dollar Stores of Louisiana, Inc., et al.
Petition for Damages

Page 1 of 3

(6)

Defendant **FAMILY DOLLAR STORES OF LOUISIANA, INC.**, through its authorized agent, Family Dollar Store, store #5281, failed in its duty to exercise due care and caution for the safety of the Plaintiff, and negligently and carelessly allowed invitees and customers to unsafely walk through the aisles and shop in its store without any notice regarding the hazard.

(7)

Defendant **FAMILY DOLLAR STORES OF LOUISIANA, INC.**, through its authorized agent, Family Dollar Store, store #5281, was negligent in one or more of the following, but not limited to:

   a) Carelessly and negligently failed to provide a reasonably and safe premises for and customers;

   b) Carelessly and negligently failed to maintain a safe store;

   c) Carelessly and negligently allowed water to be present on the floor in an area where customers walked;

   d) Carelessly and negligently failed to warn customers of water being present on the floor of the aisle;

   e) Carelessly and negligently failed to clean up the water in the aisle after Defendant knew or should have known that the water presented a danger.

   f) Failure to repair a defect within the store location.

(8)

As a direct and proximate result of Defendant's negligence, the Plaintiff suffered injuries. Plaintiff's damages suffered due to the fall are, but not limited, to the following:

   a) Medical expenses

   b) Physical pain and suffering

   c) Inconvenience

   d) Mental anguish

   e) Emotional distress

   f) Present medical expenses

   g) Future medical expenses

and all other items of damages that may be described in the pleadings, but not mentioned here.

Stanley Jackson vs Family Dollar Stores of Louisiana, Inc., et al.
Petition for Damages

Page 2 of 3

(9)

Upon information and belief, the Defendant was insured at all times relevant by

**SEDGWICK INSURANCE COMPANY.**

(10)

The Defendants refused to amicably compensate the Plaintiff for his injuries.

WHEREFORE, the Plaintiff pray that Defendants be served with a certified copy of this

Petition, and after all proceedings are had, that there be a judgment in favor of the Plaintiff

against Defendants for all damages which Plaintiff alleges is sufficient for the purposes of a jury

demand and with legal interest from the date of judicial demand until finally paid.

RESPECTFULLY SUBMITTED:

*SMITH & NWOKORIE*
*ATTORNEYS AT LAW*
107 East Bayou Street
P.O. Box 532
Farmerville, LA 71241
(318) 368-9543 (Telephone)
(318) 368-9545 (Facsimile)

By: _____
Brian G. Smith LSBA #25875

<u>PLEASE SERVE</u>

Family Dollar Stores of Louisiana, Inc.
through
C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

and

Sedgwick Insurance Company
through
C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

Stanley Jackson vs Family Dollar Stores of Louisiana, Inc., et al.
Petition for Damages

Page 3 of 3

## CITATION

*STANLEY JACKSON*

*Versus*

*FAMILY DOLLAR STORES OF LOUISIANA INC, ET AL*



Case: 00000048208
Division:
*3rd Judicial District Court*
*Parish of Union*
*State of Louisiana*

To: *FAMILY DOLLAR STORES OF LOUISIANA, INC.*
*Through:*
*C T CORPORATION SYSTEM*
*3867 PLAZA TOWER DR.*
*BATON ROUGE, LA 70816*

**You are hereby summoned** to comply with the demand contained in the Petition For Damages, exclusive of exhibits, which accompanies this citation or make an appearance either by filing a pleading or otherwise in the Third Judicial District Court in and for the Parish of Union, State of Louisiana within Fifteen (15) days after the service hereof, under penalty of default.

*Witness my official hand and seal of office at Farmerville, Louisiana on this the 29th day of March, 2018.*

*Deborah K. Andrews*

Deputy Clerk of Court

---

### Service Information

Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20_____ served the above named party as follows:

**Personal Service** on the party herein named _____
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20_____

Service    $_____

Mileage    $_____          By: _____
                                      *Deputy Sheriff*
Total      $_____

I made service on the named party through the

CT Corporation

**Filed in Clerk's Office**

APR 1 6 2018

APR 2 6 2018

3rd District Court
Union Parish, Louisiana

APR 17 2018

by tendering a copy of this document to
☐ Jeannine Beauregard    ☒ Brenna Beauregard
☐ Allison Reed

*E. Cummins*

Deputy Sheriff, Parish of East Baton Rouge, Louisiana

[ RETURN COPY ]

## CITATION

STANLEY JACKSON

Versus

FAMILY DOLLAR STORES OF LOUISIANA INC, ET AL



Case: 00000048208
Division:
3rd Judicial District Court
Parish of Union
State of Louisiana

To: SEDGWICK INSURANCE COMPANY
Through
C T CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

**You are hereby summoned** to comply with the demand contained in the Petition For Damages, exclusive of exhibits, which accompanies this citation or make an appearance either by filing a pleading or otherwise in the Third Judicial District Court in and for the Parish of Union, State of Louisiana within Fifteen (15) days after the service hereof, under penalty of default.

Witness my official hand and seal of office at Farmerville, Louisiana on this the 29th day of March, 2018.

*Deborah K. Andrews*

Deputy Clerk of Court

---

### Service Information

Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20_____ served the above named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20_____.

Service       $_____

Mileage       $_____          By: _____

Total         $_____                Deputy Sheriff

Filed in Clerk's Office

APR 26 2018

Union Parish, Louisiana

APR 16 2018

I made service on the named party through the
CT Corporation

APR 17 2018

by tendering a copy of this document to
☐ Jeannine Beauregard  ☐ Brenna Beauregard
☐ Alyson Reed

*E. Cummins*

Deputy Sheriff, Parish of East Baton Rouge, Louisiana

[ RETURN COPY ]



# Smith & Nwokorie
### ATTORNEYS & COUNSELORS AT LAW

BRIAN G. SMITH
ANSELM N. NWOKORIE
TIKISHA Y. SMITH

OF COUNSEL
PATRICE BENN-ABBEY

Please correspond to Farmerville office
Writers Email: Lawofficebs@bellsouth.net

April 30, 2018

**Filed in Clerk's Office**

VIA U.S. MAIL
Dodi Eubanks
Clerk of Court
100 E Bayou Street, Ste. 105
Farmerville, LA 71241
Telephone: (318) 368-3055

MAY 01 2018
Wanda Royal Dy.
3rd District Court
Union Parish, Louisiana

RE:  Stanley Jackson v. Family Dollar Stores of Louisiana, Inc., et al;
C.D. No.: 48, 208; 3RD JDC; Parish of Union

Dear Ms. Eubanks:

We are requesting that service be issued on Defendant, Family Dollar Stores of Louisiana, Inc., through Corporation Service Company at the following address:

**Corporation Service Company**
**501 Louisiana Avenue**
**Baton Rouge, LA 70802**

If you should have any questions or concerns, please contact our office at (318) 368-9543.

Sincerely,

Athena Goldsby
Legal Assistant
*Smith & Nwokorie*
*Attorneys At Law*

---

120 WEST MADISON-P.O. BOX 1182-BASTROP, LOUISIANA 71220-TELEPHONE (318) 283-2500 - FAX (318) 283-2597
104 WEST BAYOU ST.-P.O. BOX 532-FARMERVILLE, LOUISIANA 71241-TELEPHONE (318) 368-9543-FAX (318) 368-9545
300 WASHINGTON ST. STE. 311, (71201)-P.O. BOX 610 (71210)-MONROE, LOUISIANA-TELEPHONE (318) 582-5544

## CITATION

*STANLEY JACKSON*

*Versus*

*FAMILY DOLLAR STORES OF LOUISIANA INC, ET AL*



Case: 00000048208
Division:
3rd Judicial District Court
Parish of Union
State of Louisiana

---

To: *FAMILY DOLLAR STORES OF LOUISIANA INC*
*CORPORATION SERVICE COMPANY*
*501 LOUISIANA AVENUE*
*BATON ROUGE, LA 70802*

**You are hereby summoned** to comply with the demand contained in the Petition For Damages, exclusive of exhibits, which accompanies this citation or make an appearance either by filing a pleading or otherwise in the Third Judicial District Court in and for the Parish of Union, State of Louisiana within Fifteen (15) days after the service hereof, under penalty of default.

Witness my official hand and seal of office at Farmerville, Louisiana on this the 1st day of May, 2018.

*Wanda Royal*
Deputy Clerk of Court

---

### Service Information

Received on the _____ day of _____, 20_____ and on the _____ day of
_____, 20_____ served the above named party as follows:

**Personal Service** on the party herein named _____
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service. .

Returned:
Parish of _____ this _____ day of _____, 20_____

Service     $_____

Mileage    $_____            By: _____
                                      *Deputy Sheriff*

Total        $_____

**Filed in Clerk's Office**

MAY 14 2018

MAY 07 2018                          ~~District Court~~
                                      Parish, Louisiana

*10: 30 AM*

I made service on the named party through the

Corporation Services

by tendering a copy of this document to

*PAULA GLASER*

*Deputy Sheriff, Parish of East Baton Rouge, Louisiana*

RECEIVED
MAY 04 2018
E.B.R. SHERIFF

[ RETURN COPY ].

**BREAZEALE, SACHSE & WILSON, L.L.P.** | ATTORNEYS AT LAW

KELSEY A. CLARK
Kelsey.Clark@bswllp.com

DIRECT DIAL: (225) 381-3174
CORPORATE PHONE: (225) 387-4000
FAX: (225) 381-8029
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
www.bswllp.com

*Filed in Clerk's Office*

MAY 21 2018

*3rd District Court*
*Union Parish, Louisiana*

May 21, 2018

*VIA FACSIMILE: (318) 368-3861*

Dodi Eubanks, Clerk of Court
UNION PARISH COURTHOUSE
100 East Bayou Street, Suite 105
Farmerville, LA 71241-2843

Re:   *Stanley Jackson v. Family Dollar Stores of Louisiana, Inc., et al.;*
3rd Judicial District Court; No. 48,208; Union Parish, LA
BSW File No. 15630-53129

Dear Dodi:

Attached please find Defendant Family Dollar Stores of Louisiana, Inc.'s Answer to Petition for Damages and Request for Notice for fax filing in the above-referenced matter.

**Please confirm receipt of this filing, and include the associated costs for same, via return fax to my assistant, Linda Ladner, at (225) 410-6157.** Upon receipt thereof, the original pleadings and my firm's check will be forwarded to you.

Thank you for your courtesy and attention to this request.

With best regards, I remain,

Very truly yours,

**BREAZEALE, SACHSE & WILSON, LLP**

Kelsey A. Clark

KAC/lll
Attachment

cc:   Brian G. Smith *(Via Email: lawofficebs@bellsouth.net)*

BATON ROUGE  •  NEW ORLEANS

1576867.1

| | | |
|---|---|---|
| STANLEY JACKSON, | § | DOCKET NO. 48,208 |
| *Plaintiff,* | § | |
| | § | 3rd DISTRICT COURT |
| V. | § | |
| | § | |
| FAMILY DOLLAR STORES OF | § | PARISH OF UNION |
| LOUISIANA, INC. | § | |
| *Defendants* | § | STATE OF LOUISIANA |


Filed in Clerk's Office
MAY 21 2018
3rd District Court
Union Parish, Louisiana

### ANSWER TO PETITION FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Family Dollar Stores of Louisiana, Inc. ("Family Dollar"), which answers Plaintiff's Petition for Damages as follows:

1.

The allegations contained in paragraph 1 are directed toward the Court, and therefore require no answer from Family Dollar.

2.

The allegations contained in paragraph 2 are denied for lack of sufficient information to justify a belief therein.

3.

The allegations contained in paragraph 3 are denied.

4.

The allegations contained in paragraph 4 are denied.

5.

The allegations contained in paragraph 5 are denied.

6.

The allegations contained in paragraph 6 are denied.

7.

The allegations contained in paragraph 7, and all subparts thereof, are denied.

8.

The allegations contained in paragraph 8, and all subparts thereof, are denied.

9.

The allegations contained in paragraph 9 are denied.

10.

The allegations contained in paragraph 10 are denied.

1572634.1

**FURTHER ANSWERING, DEFENDANT, FAMILY DOLLAR STORES OF LOUISIANA, INC., STATES:**

11.

Family Dollar specifically denies having any knowledge, whether actual or constructive, of any allegedly dangerous conditions on its premises on the date of plaintiff's alleged accident.

12.

Family Dollar specifically denies that it breached any duty owed to plaintiff.

13.

Family Dollar specifically denies that it failed to exercise reasonable care to keep its premises in a reasonably safe condition.

14.

Family Dollar specifically denies that it failed to exercise reasonable care to keep its premises free of hazardous conditions.

15.

Family Dollar specifically denies that the condition of the floor on which plaintiff allegedly fell presented an unreasonable risk of harm.

16.

Family Dollar specifically denies that it created the allegedly dangerous condition on the floor on which plaintiff allegedly fell.

17.

Family Dollar denies that any action or inaction on its part was a cause in fact or legal cause of any injuries/damages to Stanley Jackson.

18.

The fault of plaintiff is pled in bar or reduction of plaintiff's recovery.

19.

The fault of third parties for whom Family Dollar is not liable is pled in bar or reduction of plaintiff's recovery.

20.

Plaintiff's failure to mitigate his damages is pled in bar or reduction of plaintiff's recovery.

2

21.

Family Dollar is entitled to, and hereby requests, a trial by jury.

**WHEREFORE DEFENDANT, FAMILY DOLLAR STORES OF LOUISIANA, INC., PRAYS** that after due proceedings, there be judgment in its favor, dismissing plaintiff's claims with prejudice, and assessing all costs against plaintiff.

Alternatively, Family Dollar prays that any recovery in favor of plaintiff be reduced by an amount commensurate with a degree of fault attributable to plaintiff, and a degree of fault attributable to third parties for whom Family Dollar is not liable. Further, Family Dollar prays that any recovery in favor of plaintiff be reduced by an amount commensurate with plaintiff's failure to mitigate his damages.

Finally, Family Dollar prays for a trial by jury.

Respectfully submitted,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029

_Kelsey Clark_

Druit G. Gremillion, La. Bar Roll No. 33867
Kelsey A. Clark, La. Bar Roll No. 36413
druit.gremillion@bswllp.com
kelsey.clark@bswllp.com
*Attorneys for Defendant,*
*Family Dollar Stores of Louisiana, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Answer to Plaintiff's Petition for Damages* has been sent this date via electronic mail to the following:

Brian G. Smith
SMITH & NWOKORIE
107 East Bayou Street
P. O. Box 532
Farmerville, LA 71241

Baton Rouge, Louisiana, on this 21st day of May, 2018.

_Kelsey Clark_
Kelsey A. Clark

1572634.1

| | | |
|---|---|---|
| STANLEY JACKSON,<br>*Plaintiff,* | § | DOCKET NO. 48,208   **Filed in Clark's Office** |
| | § | |
| | § | 3rd DISTRICT COURT    MAY 21 2018 |
| V. | § | |
| | § | |
| FAMILY DOLLAR STORES OF | § | PARISH OF UNION |
| LOUISIANA, INC. | § | |
| *Defendants.* | § | STATE OF LOUISIANA |

## REQUEST FOR NOTICE

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to send to us written notice by mail, at least ten (10) days in advance of any date fixed for any and all conferences, hearings, and/or trials in matter, whether on exceptions, rules or the merits thereof, or any assignment of fixing of said case.

In accordance with the provisions of Article 1913 and 1914 of the Louisiana Code of Civil Procedure, you also hereby are requested to send to us immediately notice of any order or judgment made or rendered in this case, upon the entry of such order or judgment, whether interlocutory or final.

This request for notice is made with full reservation of all rights, and we thank you for your customary courtesy and cooperation.

Respectfully submitted,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029

Druit G. Gremillion, La. Bar Roll No. 33867
Kelsey A. Clark, La. Bar Roll No. 36413
druit.gremillion@bswllp.com
kelsey.clark@bswllp.com
*Attorneys for Defendant,*
*Family Dollar Stores of Louisiana, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Request for Notice* has been sent this date via electronic mail to the following counsel of record:

Brian G. Smith
SMITH & NWOKORIE
107 East Bayou Street
P. O. Box 532
Farmerville, LA 71241

Baton Rouge, Louisiana, on this 21st day of May, 2018.

Kelsey A. Clark

4

1572634.1

**B**
**S**
**W**

BREAZEALE, SACHSE & WILSON, L.L.P. | ATTORNEYS AT LAW

KELSEY A. CLARK
Kelsey.Clark@bswllp.com
DIRECT DIAL: (225) 381-3174
CORPORATE PHONE: (225) 387-4000
FAX: (225) 381-8029
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
www.bswllp.com

June 1, 2018

**FILED**
Union Parish Clerk of Court

JUN 01 2018

*Deborah K. Andrews, Dy.*
Deborah Andrews, Dy.

*VIA FACSIMILE: (318) 368-3861*

Dodi Eubanks, Clerk of Court
UNION PARISH COURTHOUSE
100 East Bayou Street, Suite 105
Farmerville, LA 71241-2843

Re: *Stanley Jackson v. Family Dollar Stores of Louisiana, Inc., et al.;*
3rd Judicial District Court; No. 48,208; Union Parish, LA
BSW File No. 15630-53129

Dear Dodi:

Attached please find Defendant Sedgwick Claims Management Services, Inc.'s Answer to Petition for Damages and Request for Notice for fax filing in the above-referenced matter.

**Please confirm receipt of this filing, and include the associated costs for same, via return fax to my assistant, Linda Ladner, at (225) 410-6157.** Upon receipt thereof, the original pleadings and my firm's check will be forwarded to you.

Thank you for your courtesy and attention to this request.

With best regards, I remain,

Very truly yours,

**BREAZEALE, SACHSE & WILSON, LLP**

*Kelsey Clark*

Kelsey A. Clark

KAC/lll
Attachment

cc: Brian G. Smith *(Via Email: lawofficebs@bellsouth.net)*

B A T O N   R O U G E   •   N E W   O R L E A N S                    1579987.1

STANLEY JACKSON,         §   DOCKET NO. 48,208
    *Plaintiff,*               §
                          §
V.                        §   3rd DISTRICT COURT
                          §
FAMILY DOLLAR STORES OF    §   PARISH OF UNION
LOUISIANA, INC.             §
    *Defendants*           §   STATE OF LOUISIANA

**FILED**
Union Parish Clerk of Court

JUN 01 2018

*Deborah K. Andrews*
Deborah Andrews, Dy. ∕

**ANSWER TO PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes Defendant, Sedgwick Claims Management Services, Inc., improperly named in Plaintiff's Petition for Damages as Sedgwick Insurance Company, ("Sedgwick"), which answers Plaintiff's Petition for Damages as follows:

1.

The allegations contained in paragraph 1 are directed toward the Court, and therefore require no answer from Sedgwick.

2.

The allegations contained in paragraph 2 are denied for lack of sufficient information to justify a belief therein.

3.

The allegations contained in paragraph 3 are denied.

4.

The allegations contained in paragraph 4 are denied.

5.

The allegations contained in paragraph 5 are denied.

6.

The allegations contained in paragraph 6 are denied.

7.

The allegations contained in paragraph 7, and all subparts thereof, are denied.

8.

The allegations contained in paragraph 8, and all subparts thereof, are denied.

9.

The allegations contained in paragraph 9 are denied.

10.

The allegations contained in paragraph 10 are denied.

1579958.1

FURTHER ANSWERING, DEFENDANT, SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., IMPROPERLY NAMED IN PLAINTIFF'S PETITION FOR DAMAGES AS SEDGWICK INSURANCE COMPANY, STATES:

11.

Sedgwick specifically denies having any knowledge, whether actual or constructive, of any allegedly dangerous conditions on its premises on the date of plaintiff's alleged accident.

12.

Sedgwick specifically denies that it breached any duty owed to plaintiff.

13.

Sedgwick specifically denies that it failed to exercise reasonable care to keep its premises in a reasonably safe condition.

14.

Sedgwick specifically denies that it failed to exercise reasonable care to keep its premises free of hazardous conditions.

15.

Sedgwick specifically denies that the condition of the floor on which plaintiff allegedly fell presented an unreasonable risk of harm.

16.

Sedgwick specifically denies that it created the allegedly dangerous condition on the floor on which plaintiff allegedly fell.

17.

Sedgwick denies that any action or inaction on its part was a cause in fact or legal cause of any injuries/damages to Stanley Jackson.

18.

The fault of plaintiff is pled in bar or reduction of plaintiff's recovery.

19.

The fault of third parties for whom Sedgwick is not liable is pled in bar or reduction of plaintiff's recovery.

20.

Plaintiff's failure to mitigate his damages is pled in bar or reduction of plaintiff's recovery.

1579958.1

21.

Sedgwick is entitled to, and hereby requests, a trial by jury.

22.

Sedgwick is not an insurance company and did not insure defendant Family Dollar Stores of Louisiana, Inc. at any time, including the time period at issue in this litigation.

23.

Sedgwick excepts to Plaintiff's Petition for Damages under La. C.C.P. art. 927(A)(5) because Plaintiff has no cause of action against Sedgwick as Sedgwick is a third party administrator, and not an insurance company.

24.

Sedgwick excepts to Plaintiff's Petition for Damages under La. C.C.P. art. 927(A)(6) because Plaintiff has no right of action against Sedgwick as Sedgwick is a third party administrator, and not an insurance company.

**WHEREFORE DEFENDANT, SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., IMPROPERLY NAMED IN PLAINTIFF'S PETITION FOR DAMAGES AS SEDGWICK INSURANCE COMPANY, PRAYS** that after due proceedings, there be judgment in its favor, dismissing plaintiff's claims with prejudice, and assessing all costs against plaintiff.

Alternatively, Sedgwick prays that any recovery in favor of plaintiff be reduced by an amount commensurate with a degree of fault attributable to plaintiff, and a degree of fault attributable to third parties for whom Sedgwick is not liable. Further, Sedgwick prays that any recovery in favor of plaintiff be reduced by an amount commensurate with plaintiff's failure to mitigate his damages. Finally, Sedgwick prays for a trial by jury.

Respectfully submitted,
BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029

_____
Druit G. Gremillion, La. Bar Roll No. 33867
Kelsey A. Clark, La. Bar Roll No. 36413
druit.gremillion@bswllp.com
kelsey.clark@bswllp.com
*Attorneys for Defendants, Family Dollar Stores of Louisiana, Inc. and Sedgwick Claims Management Services, Inc.*

3

| STANLEY JACKSON, | § | DOCKET NO. 48,208 |
| *Plaintiff,* | § | |
| | § | **FILED** |
| | § | 3rd DISTRICT COURT Union Parish Clerk of Court |
| V. | § | |
| | § | JUN 01 2018 |
| FAMILY DOLLAR STORES OF | § | PARISH OF UNION *Deborah K. Andrews* |
| LOUISIANA, INC. | § | Deborah Andrews, Dy. *Dg* |
| *Defendants.* | § | STATE OF LOUISIANA |

### REQUEST FOR NOTICE

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to send to us written notice by mail, at least ten (10) days in advance of any date fixed for any and all conferences, hearings, and/or trials in matter, whether on exceptions, rules or the merits thereof, or any assignment of fixing of said case.

In accordance with the provisions of Article 1913 and 1914 of the Louisiana Code of Civil Procedure, you also hereby are requested to send to us immediately notice of any order or judgment made or rendered in this case, upon the entry of such order or judgment, whether interlocutory or final.

This request for notice is made with full reservation of all rights, and we thank you for your customary courtesy and cooperation.

Respectfully submitted,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029

*Kelsey Clark*

Druit G. Gremillion, La. Bar Roll No. 33867
Kelsey A. Clark, La. Bar Roll No. 36413
druit.gremillion@bswllp.com
kelsey.clark@bswllp.com
*Attorneys for Defendants, Family Dollar Stores of*
*Louisiana, Inc. and Sedgwick Claims Management*
*Services, Inc.*

4

1579958.1

| | | |
|---|---|---|
| STANLEY JACKSON, | § | DOCKET NO. 48,208 |
| *Plaintiff,* | § | |
| | § | |
| V. | § | 3rd DISTRICT COURT |
| | § | |
| | § | |
| FAMILY DOLLAR STORES OF | § | PARISH OF UNION |
| LOUISIANA, INC. | § | |
| *Defendants.* | § | STATE OF LOUISIANA |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Answer to Plaintiff's Petition for Damages and Request for Notice* has been sent this date via electronic mail to the following:

> Brian G. Smith
> SMITH & NWOKORIE
> 107 East Bayou Street
> P. O. Box 532
> Farmerville, LA 71241

Baton Rouge, Louisiana, on this 1st day of June, 2018.

_Kelsey Clark_
Kelsey A. Clark

FILED
Union Parish-Clerk of Court

JUN 01 2018

_Deborah K. Andrews, Dy._
Deborah Andrews, Dy.

1579958.1

| | | |
|---|---|---|
| STANLEY JACKSON,<br>*Plaintiff,* | § | DOCKET NO. 48,208 |
| | § | |
| | § | 3rd DISTRICT COURT |
| V. | § | |
| | § | |
| FAMILY DOLLAR STORES OF<br>LOUISIANA, INC.<br>*Defendants* | § | PARISH OF UNION |
| | § | |
| | § | STATE OF LOUISIANA |



## MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**NOW COMES** Plaintiff, Stanley Jackson, who moves that all claims in the above numbered and entitled matter against Sedgwick Insurance Company be dismissed in their entirety. Plaintiff specifically reserves all rights and claims against Family Dollar Stores of Louisiana, Inc.

WHEREFORE, Plaintiff STANLEY JACSKON pray that this motion for voluntary dismissal without prejudice, be granted.

RESPECTFULLY SUBMITTED,

BY ATTORNEY:

Brian G. Smith
SMITH & NWOKORIE
107 East Bayou Street
P. O. Box 532
Farmerville, LA 71241

Brian G. Smith
*Counsel for Plaintiff, Stanley Jackson*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Motion for Voluntary Dismissal Without Prejudice and Order of Dismissal* has been sent via email as follows:

Kelsey A. Clark
One American Place, 23rd Floor
P. O. Box 3197
Baton Rouge, La: 70821-3197
E: kelsey.clark@bswllp.com

Farmerville, Louisiana, on this 14 day of June , 2018.

Brian G. Smith

STANLEY JACKSON,
   *Plaintiff,*

§
§
§

DOCKET NO. 48,208

3RD DISTRICT COURT

V.

§
§
§



FAMILY DOLLAR STORES OF
LOUISIANA, INC.
   *Defendants*

§
§
§

PARISH OF UNION

STATE OF LOUISIANA

### ORDER OF DISMISSAL

Considering the foregoing *Motion for Voluntary Dismissal Without Prejudice:*

**IT IS ORDERED** that all claims of Plaintiff, Stanley Jackson, against Defendant, Sedgwick Insurance Company, are hereby dismissed. Plaintiff reserves all rights and claims against Family Dollar Stores of Louisiana, Inc.

Union Parish, Louisiana, on this _15_ day of _June_, 2018.

JUDGE, 3RD JUDICIAL DISTRICT COURT
PARISH OF UNION, STATE OF LOUISIANA
JAMES H. BODDIE, JR.
PRO TEMPORE

**PLEASE SEND NOTICE OF THE SIGNING OF THIS ORDER TO:**

Kelsey A. Clark
One American Place, 23rd Floor
P. O. Box 3197
Baton Rouge, La. 70821-3197

and

Brian G. Smith
SMITH & NWOKORIE
107 East Bayou Street
Farmerville, LA 71241

**NOTICE**

STANLEY JACKSON

Versus

FAMILY DOLLAR STORES OF LOUISIANA INC,
ET AL



Case: 00000048208
Division:
3rd Judicial District Court
Parish of Union
State of Louisiana

To: *KELSEY A CLARK*
*BREAZEALE, SACHSE & WILSON, L.L.P.*
*ONE AMERICAN PLACE, 23RD FLOOR*
*P O BOX 3197*
*BATON ROUGE, LA 70821*

**IT IS ORDERED** that all claims of Plaintiff, Stanley Jackson, against Defendant,

Sedgwick Insurance Company, are hereby dismissed. Plaintiff reserves all rights and claims

against Family Dollar Stores of Louisiana, Inc.

**\*\* See certified copies attached. \*\***

*This the 15th day of June, 2018.*

_____

Deputy Clerk of Court
Union Parish Louisiana

[ FILED COPY ]

### NOTICE

STANLEY JACKSON

Versus

FAMILY DOLLAR STORES OF LOUISIANA INC, ET AL



Case: 00000048208
Division:
3rd Judicial District Court
Parish of Union
State of Louisiana

To: BRIAN G SMITH
SMITH & NWOKORIE
107 EAST BAYOU STREET
P. O. BOX 532
FARMERVILLE, LA 71241

**IT IS ORDERED** that all claims of Plaintiff, Stanley Jackson, against Defendant, Sedgwick Insurance Company, are hereby dismissed. Plaintiff reserves all rights and claims against Family Dollar Stores of Louisiana, Inc.

*\*\* See certified copy attached. \*\**

*This the 15th day of June, 2018.*

_____
Deputy Clerk of Court
Union Parish Louisiana