UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **STANLEY JACKSON** | **CIVIL ACTION NO. 3:19-cv-00388** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **FAMILY DOLLAR STORES OF LOUISIANA, INC., ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

### MEMORANDUM RULING

This matter involves the disposition of a Motion for Summary Judgment [Doc. No. 23], filed by Defendant Sedgwick Claims Management Services, Inc. ("Sedgwick Claims"). The motion is unopposed. For the reasons set forth herein, Sedgwick Claims' Motion for Summary Judgment is GRANTED.

On March 29, 2018, Petition for Damages was filed by Plaintiff Stanley Jackson ("Jackson") in the 3rd Judicial District Court for the Parish of Union, State of Louisiana. Named as Defendants in the proceeding were Family Dollar Stores of Louisiana, Inc. ("Family Dollar"), and Sedgwick Insurance Company ("Sedgwick Insurance"). An Answer to the Petition for Damages was filed by Sedgwick Claims, maintaining it was improperly named as Sedgwick Insurance. Thereafter, pursuant to a Motion for Voluntary Dismissal, an Order was signed on June 15, 2018, dismissing all claims against Sedgwick Insurance, but not against Sedgwick Claims.

On March 28, 2019, a Notice of Removal [Doc. No. 3] was filed removing the suit to this Court on the basis of diversity. Although Sedgwick Insurance was shown as a terminated defendant, Sedgwick Claims was not. Although it appears to this Court that the plaintiffs

originally intended to dismiss all of the Sedgwicks, Sedgwick Claims remains as a defendant in this proceeding. To resolve this issue, Sedgwick Claims filed a Motion for Summary Judgment [Doc. No. 23], on March 12, 2020. In its Motion, Sedgwick Claims maintains it is not an insurance company and is simply a third party administrator that adjusts claims filed against Family Dollar. Jackson did not oppose Sedgwick Claims' Motion.[1]

Since it is clear Sedgwick Claims has no liability in this proceeding, its Motion for Summary Judgment is GRANTED.

Monroe, Louisiana, this 6th day of May, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

---

[1] Jackson did oppose a Motion for Summary Judgment by Family Dollar [Doc. No. 26].